LOIS M. TOMS, Respondent, *v.* ROBERT C. TOMS, Appellant.
(Appeals Nos. 1 and 2.)

Argued September 30, 1947; decided October 9, 1947.

*Frank J. Cregg, Jr.,* for appellant.

*Paul R. Shannon and R. J. Shanahan* for respondent.

In the first action, appeal dismissed, with costs, upon the ground that no substantial constitutional question is involved.

In the second action, appeal dismissed, with costs, upon the ground that no substantial constitutional question is involved.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.